UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADEL SHAOULIAN,

Defendant.

Case No. 6:26-po-00088-HBK

ORDER DECLINING DEFERRED PROSECUTION AGREEMENT WITHOUT PREJUDICE

The Court has reviewed the Deferred Prosecution Agreement ("DPA") filed on September 29, 2026. (Doc. 14). The DPA appears to have been executed "[o]n behalf of the Yosemite National Park Legal Office" by an individual identified as a designated officer, agent, or employee under Eastern District of California Local Rule 180(b)(4).

To defer prosecution pursuant to 18 U.S.C. § 3161(h)(2), however, the deferral must be pursuant to a written agreement with the defendant, entered by an attorney for the Government, and approved by the Court for the purpose of allowing the defendant to demonstrate good conduct.

Local Rule 180(b)(4) permits a qualifying designated officer, agent, or employee of a federal agency or department to appear before magistrate judges in limited criminal matters, subject to the Rule's requirements and supervision by the United States Attorney's Office. The Rule does not, by itself, establish that a particular non-attorney designee has authority to enter

into a deferred-prosecution agreement on behalf of United States or exercise prosecutorial discretion required by§ 3161(h)(2).

The DPA presently before the Court does not establish that an attorney for the Government authorized, adopted, or ratified the agreement on behalf of the United States. Consequently, on the present record, the Court cannot determine that the statutory prerequisites for approval under § 3161(h)(2) have been satisfied.

Accordingly, IT IS ORDERED:

1. The Deferred Prosecution Agreement filed September 29, 2026 (Doc. 14) is **DECLINED WITHOUT PREJUDICE**.
2. The parties may submit a renewed proposed DPA. Any renewed proposed DPA must be executed by an attorney for the Government authorized to enter the agreement on behalf of the United States, or be accompanied by a written filing from such an attorney expressly adopting and ratifying the agreement on behalf of the United States.

Dated: October 1, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE