UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADEL SHAOULIAN,<br>Defendant. | Case No. 6:26-po-00088-HBK<br>ORDER ACCEPTING DEFERRED PROSECUTION AGREEMENT<br>CITATION #E2138776<br>(Doc. 16) |

Upon consideration of the parties' Deferred Prosecution Agreement and request for a continuance, and for good cause shown, IT IS HEREBY ORDERED:

1. The Deferred Prosecution Agreement (Doc. 16) is accepted and approved.
2. Further proceedings in this misdemeanor case are continued until April 6, 2028, to permit Defendant to comply with the terms of the Agreement.
3. Unless the Government files a motion to dismiss pursuant to Federal Rule of Criminal Procedure 48(a) before that date, a status conference shall be held on **April 11, 2028**, at **10:00 a.m.** in Yosemite.

Dated: October 6, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE